# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| BETTYE MAI SULLIVAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:14-cv-01995 |
| SOCIAL SECURITY ADMINISTRATION, | ) ) | Judge Trauger |
| Defendant. | ) ) | |

## **O R D E R**

On August 17, 2015, the Magistrate Judge issued a Report and Recommendation (DE #17), to which no timely objections have been filed. The Report and Recommendation is thereby ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Plaintiff's Motion for Judgment on the Administrative Record (DE #12) is DENIED, and the Commissioner's decision is AFFIRMED. This order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 10th day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge